IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOROTEO CHAMA ALBINO,<br><br>　　　　　Defendant. | 8:24CR13<br><br>ORDER |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 28) Count II of the Indictment (Filing No. 1) against Doroteo Chama Albino without prejudice. See Fed R. Crim. P. 48(a). Upon careful review, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 28) is granted.

2. Count II of the Indictment (Filing No. 1) against Doroteo Chama Albino is dismissed without prejudice.

Dated this 10th day of July 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge